CAND Pay.gov Application for Refund (rev. 3/16)

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*: In the fields in this section, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov Screen Receipt or the Payment Confirmation e-mail.

| | |
|---|---|
| **Your Name:** | **Your Phone Number:** |
| **Your Email Address:** | **Full Case Number (if applicable):** |
| **Pay.gov Tracking ID Number:** | **Fee Type:** ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| **Agency Tracking ID Number: 0971-** | |
| **Transaction Date:** | |
| **Transaction Time:** | |
| **Transaction Amount (Amount to be refunded):** ||
| **Reason for Refund Request:** ||

*Efile* this form using OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND. View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| **FOR U.S. DISTRICT COURT USE ONLY** ||
|---|---|
| Refund Request: | ☐ Approved<br>☐ Denied<br>☐ Denied - Resubmit Amended Application (see Reason for Denial) |
| Approval/Denial Date: | Request Approved/Denied By: |
| Pay.gov Refund Tracking ID Refunded: ||
| Agency Refund Tracking ID Number: ||
| Date Refund Processed: | Refund Processed By: |
| Reason for Denial (if applicable): ||
| Referred for OSC Date (if applicable): ||